FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2020

No. 04-20-00129-CV

Guangcun **HUANG**,
Appellant

v.

Linman **CHANG**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-12481
Honorable Peter Sakai, Judge Presiding

# O R D E R

Appellant's third motion for an extension to file the appellant's brief is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court

